UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED ) | |
| RICE LITIGATION ) | Case No. 4:06MD1811 CDP |
| ) | |

This Order Relates to:

| | |
|---|---|
| *Broughton v. Bayer CropScience, LP*, | Case No. 4:06CV1519 CDP |
| *Lawfield v. Bayer CropScience LP*, | Case No. 4:06CV1527 CDP |
| *Dabbs v. Bayer CropScience LP*, | Case No. 4:06CV1528 CDP |
| *Westcoat v. Bayer CropScience LP*, | Case No. 4:06CV1529 CDP |
| *Miller v. Bayer CropScience LP* | Case No. 4:07CV985 CDP |

## ORDER

For reasons stated on the record during the status conference held on February 19, 2009, and in accordance with this Court's earlier Order dated February 20, 2009, granting dismissal without prejudice of non-trial pool producer plaintiffs' claims,

**IT IS HEREBY ORDERED** that plaintiffs' motions [# 1146 / 32 in 4:06CV1519], [#1148 / 36 in 4:06CV1527], [#1150 / 34 in 4:06CV1528], [#1152 / 34 in 4:06CV1529], [#1166 / 9 in 4:07CV985CDP] to voluntarily dismiss without prejudice are GRANTED.

The claims of the following plaintiffs are hereby dismissed: In Case No. 4:06CV1519, plaintiff Joseph Broughton; in Case No. 4:06CV1527, plaintiff Derek Lawfield; in Case No. 4:06CV1528, plaintiff Richard Dabbs; in Case No.

4:06CV1529, plaintiff William Lee Westcoat, Jr.; in Case No. 4:07CV985, plaintiff Edwin Miller.

If any plaintiffs choose to re-file suit, they are required to do so in this district, and must comply with any outstanding discovery obligations before their case proceeds further.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2009.